THERESA SGARLATA, Respondent, *v.* CITY OF SCHENEC-
TADY, Appellant.   (Actions Nos. 1 and 2.)

Argued May 28, 1937; decided June 11, 1937.

*Thomas W. Wallace, Corporation Counsel (Arlen T. St.
Louis* of counsel), for appellant.

*John R. Parker* for respondent.

In each action, judgment affirmed, with costs; no
opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.